December 2, 1983.

469 A.2d 275

Commonwealth v. Africa, Appellant.

Submitted June 16, 1983. Frank Africa, appellant; in propria persona; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, and McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.